```
                 UNITED STATES DISTRICT COURT
               FOR THE DISTRICT OF NEW HAMPSHIRE
```

**United States of America**

    **v.**                                                    Case No. 08-cr-38-PB

**Maritza Guzman**


**O R D E R**

The defendant, through counsel, has moved to continue the June 3, 2008 trial in the above case to allow time to engage in plea negotiations or prepare for trial.  The government does not object to a continuance of the trial date.

Accordingly, for the above reasons, the court will continue the trial from June 3, 2008 to September 3, 2008.  In agreeing to continue the trial, the court finds pursuant to 18 U.S.C.A. § 3161(h)(8)(A) that for the above-stated reasons, the ends of justice served in granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.

    The May 22, 2008 final pretrial conference is continued until August 25, 2008 at 3:30 p.m.

    SO ORDERED.

<pre>
                                    /s/Paul Barbadoro
                                    Paul Barbadoro
                                    United States District Judge
May 8, 2008

cc:  Jeffrey Levin, Esq.
     Alfred Rubega, Esq.
     United States Probation
     United States Marshal
</pre>