**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW HAMPSHIRE**

<u>United States of America</u>

    **v.**                                                         Case No. 08-cr-38-PB

<u>Maritza Guzman</u>

**O R D E R**

The defendant, through counsel, has moved to continue the trial scheduled for September 3, 2008, citing the need for additional time to complete discovery and engage in plea negotiations or prepare for trial.  The government does not object to a continuance of the trial date.

Accordingly, for the above reasons and to allow the parties additional time to properly prepare for trial, the court will continue the trial from September 3, 2008 to December 2, 2008. In agreeing to continue the trial, the court finds pursuant to 18 U.S.C.A. § 3161(h)(8)(A) that for the above-stated reasons, the ends of justice served in granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.

The August 25, 2008 final pretrial conference is continued to November 18, 2008 at 4:15 p.m.

SO ORDERED.

/s/Paul Barbadoro  
Paul Barbadoro  
United States District Judge

August 15, 2008

cc: Jeffrey Levin, Esq.  
    Alfred Rubega, Esq.  
    United States Probation  
    United States Marshal