```
                 UNITED STATES DISTRICT COURT
               FOR THE DISTRICT OF NEW HAMPSHIRE
```

**United States of America**

   **v.**                                              Case No. 08-cr-38-PB

**Maritza Guzman**

**O R D E R**

The defendant, through counsel, has moved to continue the change of plea hearing scheduled for November 24, 2008 and the trial date of December 2, 2008, citing the need for additional time to finalize a plea agreement prior to trial.  The government does not object to a continuance of the trial date.

Accordingly, for the above reasons and to allow the parties additional time to properly prepare for trial, the court will continue the trial from December 2, 2008 to February 3, 2009.  In agreeing to continue the trial, the court finds pursuant to 18 U.S.C.A. § 3161(h)(8)(A) that for the above-stated reasons, the ends of justice served in granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.

The court will hold a final pretrial conference on January 21, 2009 at 4:30 p.m.

SO ORDERED.

/s/Paul Barbadoro
Paul Barbadoro
United States District Judge

November 24, 2008

cc: Jeffrey Levin, Esq.
Alfred Rubega, Esq.
United States Probation
United States Marshal